**Milo D. BURROUGHS, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2011–3118.

United States Court of Appeals,
Federal Circuit.

June 24, 2011.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's June 7, 2011, 2011 WL 7446099, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before July 15, 2011.